SULAIMAN LAW GROUP, LTD.
James Vlahakis
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 581-5456 telephone
(630) 575-8188 facsimile
jvlahakis@sulaimanlaw.com

*Attorneys for Plaintiffs in Harang*

# UNITED STATES DISTRICT COURT
# IN CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., DATA SECURITY BREACH LITIGATION | MDL No. 2:18-ml-02826-PSG-GJS |
| JULIUS J. HARANG, NORBERT HENNRICH, BETSY HENNRICH, SAM MANGANO, STEPHEN GOERKE, JEFF KLUEFF, DARLA SWANGO, JESSE LOPEZ, DON LAPATO, and RYAN GLAZE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, TRAVIS KALANICK, SALLE EUN YOO, KATHERINE TASSI, SABRINA ROSS, JOHN FLYNN, JOE SULLIVAN, DARA KHOSROWSHAHI, APPLE INC., and UNKNOWN JOHN DOES AND JANE DOES,<br><br>Defendants. | Case No. 2:18-cv-2998-PSG-GJS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT APPLE INC.** |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to FRCP 41(a)(1)(A)(i), and subject to a confidential settlement agreement, Plaintiffs JULIUS J. HARANG, NORBERT HENNRICH, BETSY HENNRICH, SAM MANGANO, STEPHEN GOERKE, JEFF KLUEFF, DARLA SWANGO, JESSE LOPEZ, DON LAPATO, and RYAN GLAZE,

in their individual capacities, voluntarily dismiss Defendant APPLE INC. from Case No. 2:18-cv-2998-PSG-GJS with prejudice.

Plaintiffs JULIUS J. HARANG,
NORBERT HENNRICH,
BETSY HENNRICH,
SAM MANGANO,
STEPHEN GOERKE,
JEFF KLUEFF,
DARLA SWANGO,
JESSE LOPEZ,
DON LAPATO, and
RYAN GLAZE, by and
through their counsel,

*/s/James Vlahakis*
James Vlahakis
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 581-5456 telephone
(630) 575-8188 facsimile
jvlahakis@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

I, James C. Vlahakis, an attorney, certify that I caused the above document to be served upon all persons and entities registered and authorized to receive such service through the court Case Management / Electronic Case Files (CM/ECF) system on December 14, 2018.

/s/ *James C. Vlahakis*